UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMICKO D. MURRAY MCIVER,<br><br>                           Plaintiff,<br><br>    -against-<br><br>POSTAL INSPECTOR GENERAL; STEVEN BAUTISTA; AMY MARTE,<br><br>                           Defendants. | 24-cv-9095 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 14, 2025, order, the Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction, and for failure to state a claim on which relief is granted. See 28 U.S.C. § 1915(e)(2)(B)(ii); Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 17, 2025
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge